UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for MTGLQ INVESTORS, L.P.

In Re:

Denise Ottombrino aka Denise Longhitano

**Order Filed on December 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     16-21806 MBK

Chapter:     7

Judge:     Michael B. Kaplan

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: December 14, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

   The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Denise Carlon_____, and regarding _____Notice of Appearance (Docket Number 14)_____, it is

   ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

   ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

   ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Denise Ottombrino  
    Debtor

Case No. 16-21806-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 15, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.  
db          +Denise Ottombrino,    8 Jason Court,    Jackson, NJ 08527-5309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:

         Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
         Catherine E. Youngman    cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com  
         Joseph I. Windman    on behalf of Debtor Denise Ottombrino jwindman@aol.com  
                                                                                                         TOTAL: 5