| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, NJ 07068<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Michael R. Herz (MH 5889)<br>Attorneys for Catherine E. Youngman<br>Chapter 7 Trustee | **Order Filed on January 12, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>DENISE OTTOMBRINO,<br><br>                        Debtor. | Case No. 16-21806-MBK<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

# ORDER EXTENDING THE TIME FOR FILING COMPLAINTS
## OBJECTING TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 12, 2017**

                                                                             */s/ Michael B. Kaplan*
                                                             Honorable Michael B. Kaplan
                                                             United States Bankruptcy Judge

ACTIVE\43468719.v1-12/1/16

(Page 2)
DEBTOR: Denise Ottombrino
CASE NO: 16-21806-MBK

**ORDER EXTENDING THE TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Denise Ottombrino (the "Debtor") seeking the entry of an Order extending the time within which to object to the debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b); and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the time within which to file a complaint objecting to the debtor's discharge is hereby extended through and including March 15, 2017.