| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, NJ 07068<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Michael R. Herz (MH 5889)<br>Attorneys for Catherine E. Youngman<br>Chapter 7 Trustee | Order Filed on January 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DENISE OTTOMBRINO,<br><br>      Debtor. | Case No. 16-21806-MBK<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

## ORDER EXTENDING THE TIME FOR FILING COMPLAINTS
## <u>OBJECTING TO DISCHARGE</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 12, 2017**

                       /s/ Michael B. Kaplan
                       Honorable Michael B. Kaplan
                       United States Bankruptcy Judge

ACTIVE\43468719.v1-12/1/16

(Page 2)
DEBTOR:     Denise Ottombrino
CASE NO:    16-21806-MBK

**ORDER EXTENDING THE TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Denise Ottombrino (the "Debtor") seeking the entry of an Order extending the time within which to object to the debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b); and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the time within which to file a complaint objecting to the debtor's discharge is hereby extended through and including March 15, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Denise Ottombrino  
    Debtor

Case No. 16-21806-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 12, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db         +Denise Ottombrino,   8 Jason Court,   Jackson, NJ 08527-5309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:

           Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
            NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
           Catherine E. Youngman    cyoungman@foxrothschild.com,  
            NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
           Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com  
           Joseph A. Caneco    on behalf of Trustee Catherine E. Youngman jcaneco@foxrothschild.com  
           Joseph I. Windman    on behalf of Debtor Denise   Ottombrino jwindman@aol.com  
                                                                                                                            TOTAL: 6