UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   DENISE OTTOMBRINO           Case No.: 16-21806 (MBK)

                                     Chapter:   7

                                     Judge:    Michael B. Kaplan

**NOTICE OF PROPOSED ABANDONMENT**

Catherin E. Youngman, Chapter 7 Trustee in this case proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and  serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable  Michael B. Kaplan on April 10, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Value:  $ 360,000.00
> Primary Residence  - 50% interest
> 8 Jason Court
> Jackson, NJ  08527

> Liens on property:
>
> Mortgage:  $  585,428.56

> Amount of equity claimed as exempt:
>
> $ 0

Objections must be served on, and requests for additional information directed to:
Name:           Catherine E. Youngman, Esq, Fox Rothschild, LLP
Address:        49 Market Street, Morristown, NJ  07960
Telephone No.: 201-992-4800

44757287.v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21806-MBK
Denise Ottombrino                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 09, 2017
                              Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
```
db           +Denise Ottombrino,    8 Jason Court,    Jackson, NJ 08527-5309
aty          +Fox Rothschild LLP,    75 Eisenhower Parkway,    Roseland, NJ 07068-1697
cr           +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
516241212    +Anthony Longhitano,    16 Haynes Court,    Hillsborough, NJ 08844-5294
516241213    #+Anthony Longhitano,    1 Frederick Court,    Hillsborough, NJ 08844-3820
516241214    +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516241215    +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516241216    +Citifinancial Retail Services,    PO Box 183041,    Columbus, OH 43218-3041
516241217    +Citifinancial Retail Services,    Solace Financial LLC,    PO Box 209,    Buffalo, NY 14226-0209
516241218    +Citifinancial Services,    PO Box 183041,    Columbus, OH 43218-3041
516241220    +Ditech Financial LLC,    Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd 100,
               Mount Laurel, NJ 08054-3437
516241221    +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
516241222    +HSBC Bank,    PO Box 2013,    Buffalo, NY 14240-2013
516241225    +Irene Shor Esq,    Amdur Maggs & Shor Esqs,    1 Industrial Way West,    West Ridge Building B,
               Eatontown, NJ 07724-2255
516241229    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695)
516241230    +State of New Jersey,    PennCredit Corp,    PO Box 988,    Harrisburg, PA 17108-0988
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2017 22:53:56      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2017 22:53:53      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516241219    +E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2017 22:53:42      Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
516241223    +E-mail/Text: cio.bncmail@irs.gov Mar 09 2017 22:53:35      Internal Revenue Service,
               Special Procedures Bankruptcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
516241226    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 09 2017 22:53:28      Kohl's Department Store,
               PO Box 2983,    Milwaukee, WI 53201-2983
516241227    +E-mail/PDF: cbp@onemainfinancial.com Mar 09 2017 22:49:49      One Main Financial,
               PO Box 183172,    Columbus, OH 43218-3172
516241228     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2017 23:05:37
               Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516241224    ##+Ira M. Senoff Esq,    2 Market Yard 100,    Freehold, NJ 07728-2294
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 09, 2017
                              Form ID: pdf905          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
          Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com
          Joseph A. Caneco    on behalf of Trustee Catherine E. Youngman jcaneco@foxrothschild.com
          Joseph I. Windman    on behalf of Debtor Denise  Ottombrino jwindman@aol.com
                                                                                             TOTAL: 6
```